(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) William T. Smith III    171639
(Name of Plaintiff)         (Inmate Number)

108 Carvel drive Apt. #2
New Castle, De. 19720
(Complete Address with zip code)

(2)_____
(Name of Plaintiff)         (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Jane Brady
(2) Stan Taylor
(3) Rebecca McBride
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

RECEIVED
DEC 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06 - 787
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

☑ Jury Trial Requested

## I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

None

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ☒ Yes   ☐ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    ☒ Yes  ☐ No

C.    If your answer to "B" is <u>Yes</u>:

1.    What steps did you take? <u>I filed six Post Conviction Reliefs + six Appeals to</u> <u>Supreme Court. I also filed grievances + Writ of Mandamus on goodtime.</u>

2.    What was the result? <u>Affirmed in All Motions until District Court</u> <u>Judge Remanded my case to Superior Court for correction.</u>

D.    If your answer to "B" is <u>No</u>, explain why not: _____

_____

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: <u>Jane Brady</u>

Employed as <u>Attorney General</u> at <u>State of Delaware</u>

Mailing address with zip code: <u>820 North French Street</u>

<u>Wilmington, Delaware 19801</u>

(2) Name of second defendant: <u>Stan Taylor</u>

Employed as <u>Dept of Correction Commissioner</u> at <u>State of Delaware Corrections</u>

Mailing address with zip code: <u>80 Monrovia Ave.</u>

<u>Dover, Delaware 19901</u>

(3) Name of third defendant: <u>Rebecca McBride</u>

Employed as <u>Records Supervisor</u> at <u>Delaware Correctional Center</u>

Mailing address with zip code: <u>1181 Paddock Rd</u>

<u>Smyrna, Delaware 19977</u>

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Delaware Attorney General Jane Brady violated William T. Smith III due process rights by denying his enhance penalty hearing before sentecing. This violation stripped William of his liberty to early freedom and a lenthly 33 year sentence with 23 years mandatory.

2. Commissioner Stan Taylor govern the Delaware Correctional Center Records supervisor Rebecca Mc Bride in maintaining accurate records for awarding goodtime according to the sentence imposed by law. Rebecca Mc Bride refused to award meritious goodtime for college courses + rehabilatative programs that William earned over a 16 year period. 3,304 days of goodtime was not applied to his sentence.

3. William T. Smith was sentenced illegally in the Superior Court before Sentac + Truth in Sentencing was enacted into law and plaintiff could earn 80 days a month goodtime. Ms. Mc Bride calculations imposed a greater punishment by using Sentac + Truth in Sentence guideline for calculating.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. William Smith served 18 years in exile with one year earned goodtime. The 3,304 days meritious goodtime should be applied to his sentence, which would complete his sentence and nullify his parole + probation. William has served more than the one third of his sentence that was imposed.

3

2. The illegal sentence that was imposed cause, plaintiff 8 extra years in exile from society. If Mr Smith did not continue to fight for his life he would still be incarcerated and just be eligible for parole (11/6/06).

3. Relief in this cause; Time can not be replaced and the emotional duress with serving time can only be compensated in the sum of ten million dollars for my pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **22** day of December, 2**006**.

William V. Smith

(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

06 - 787

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*William T. Smith III*
*108 Carvel drive Apt#2*
*New Castle, De 19720*

## DEFENDANTS
*Jane Brady A.G.*
*Stan Taylor*
*Rebecca McBride*

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

*RECEIVED*
*DEC 22 2006*
*U.S. DISTRICT COURT*
*DISTRICT OF DELAWARE*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*Pro - Se*

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*42 U.S.C. § 1983*
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ *Ten Million Dollars*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE *NONE* DOCKET NUMBER

DATE *12/22/06*

SIGNATURE OF ATTORNEY OF RECORD
*William T. Smith III*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 787

# ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____3_____ COPIES OF AO FORM 85.

_12/22/06_
(Date forms issued)

_William T. Smith III_
(Signature of Party of their Representative)

_William T. Smith III_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action