IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM T. SMITH, III, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 06-787 GMS |
| | ) |
| JANE BRADY, STAN TAYLOR, REBECCA MCBRIDE, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

At Wilmington this 4th day of Jan, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

JAN - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE